# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ANDRO-SIERRA INTERNATIONAL, INC. § Case No. 09-30627
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 08/20/2009 . The undersigned trustee was appointed on 09/30/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $       11,782.68

  Funds were disbursed in the following amounts:

|  |  |
|---|---:|
| Administrative expenses | 7,667.47 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 4,115.21 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 01/07/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,928.27 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,928.27 , for a total compensation of $ 1,928.27 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 21.92 , for total expenses of $ 21.92 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/20/2010                By:/s/BRENDA PORTER HELMS, TRUSTEE
                                        Trustee


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 09-30627 SQU Judge: JOHN SQUIRES | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ANDRO-SIERRA INTERNATIONAL, INC. | | | Date Filed (f) or Converted (c): | 08/20/09 (f) |
| | | | | 341(a) Meeting Date: | 09/30/09 |
| For Period Ending: 03/20/10 | | | | Claims Bar Date: | 01/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. HARRIS BANK CHECKING ACCOUNT | 1,100.00 | 1,100.00 | | 256.90 | FA |
| 2. WOOD DALE STATION | 7,231.00 | 7,231.00 | DA | 0.00 | FA |
| 3. MET LIFE (23 SHARES) | 365.00 | 365.00 | | 8.14 | FA |
| 4. DOMAIN NAME: BARBARY BEACH | 0.00 | Unknown | DA | 0.00 | FA |
| 5. 2004 TOYOTA SEQUOIA | 16,000.00 | 16,000.00 | DA | 0.00 | FA |
| 6. 2 COMPUTERS, 2 MONITORS, SCANNERS included in sale of Nautical furnishings and decor | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7. SHELVING UNITS & GLASS DISPLAYS included in sale of nautical furnishings and decor | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 8. NAUTICAL FURNISHINGS & DECOR (RETAIL) | 46,855.00 | 46,855.00 | | 10,775.50 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.80 | Unknown |
| 10. TAX REFUNDS (u) | Unknown | Unknown | | 741.34 | FA |
| TOTALS (Excluding Unknown Values) | $75,051.00 | $75,051.00 | | $11,782.68 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/30/10     Current Projected Date of Final Report (TFR): 03/30/10

/s/   BRENDA PORTER HELMS, TRUSTEE
_____   Date: 03/20/10
BRENDA PORTER HELMS, TRUSTEE

PFORM1                                    Exhibit A                              Ver: 15.06b

# FORM 2
## ESTATE CASE RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-30627 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | ANDRO-SIERRA INTERNATIONAL, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ********7909 Money Market - Interest Bearing |
| Taxpayer ID No: | ********9817 | | |
| For Period Ending: | 03/20/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/09 | 8 | American Auction Associates Inc. 8515 S. Thomas Ave Bridgeview IL 60455 | proceeds of sale of Barbary Beach | 1129-000 | 10,775.50 | | 10,775.50 |
| 11/12/09 | 000101 | Fed Ex P.O. Box 94515 Palatine IL 60094 | send keys to liquidator | 2990-000 | | 47.63 | 10,727.87 |
| 11/30/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 10,728.03 |
| 12/08/09 | 3 | Met Life P.O. Box 1620 MAnchester CT 06045 | DIVIDEND PAID | 1123-000 | 8.14 | | 10,736.17 |
| 12/08/09 | 1 | Harris Bank | proceeds of checking account | 1129-000 | 256.90 | | 10,993.07 |
| 12/17/09 | 10 | United States Treasury | tax refund | 1224-000 | 741.34 | | 11,734.41 |
| 12/31/09 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,734.69 |
| 01/16/10 | 000102 | American Auction Associates | auction expenses | 3620-000 | | 3,840.17 | 7,894.52 |
| 01/16/10 | 000103 | Wood Dale Station LLC | administrative rent | 2410-000 | | 3,779.67 | 4,114.85 |
| 01/29/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 4,115.11 |
| 02/26/10 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,115.21 |

Total Of All Accounts 4,115.21

*Exhibit B*

PFORM24 Ver: 15.06b

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-30627
Case Name: ANDRO-SIERRA INTERNATIONAL, INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |
| | $ |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $ 1,928.27 | $ 21.92 |
| Attorney for trustee: The Helms Law Firm, P.C. | $ 1,007.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 193,256.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Wood Dale Station | $ 193,256.00 | $ 1,157.52 |
| | | $ | $ |
| | | $ | $ |

UST Form 101-7-TFR (9/1/2009) (Page: 4)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-TFR (9/1/2009) *(Page: 5)*